HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY S. HURST, | Case No.: 1:07-CV-00188-LJO-DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, August 24, 2007 in which to serve her Confidential Letter. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that require briefing.

1

STIPULATION AND ORDER

McGREGOR W. SCOTT
United States Attorney

Dated:  July 16, 2007                      /s/ELIZABETH FIRER
                                           ELIZABETH FIRER
                                           Assistant U.S. Attorney


Dated:  July 16, 2007                      /s/HARVEY P. SACKETT
                                           HARVEY P. SACKETT
                                           Attorney for Plaintiff,
                                           MARY S. HURST

IT IS SO ORDERED.

Dated:         July 17, 2007               /s/ Dennis L. Beck
                                           HON. DENNIS L. BECK
                                           U.S. Magistrate Judge

STIPULATION AND ORDER

2