HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY S. HURST, | Case No.: 1:07-CV-00188-LJO-DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Monday, September 24, 2007 in which to serve her Confidential Letter. This extension is necessitated by two factors: (a) I only recently returned to work after medical leave; and (b) the number of other cases Plaintiff's counsel currently has before the district court that require briefing.

1

STIPULATION AND ORDER

McGREGOR W. SCOTT
United States Attorney

Dated: August 23, 2007
/s/ELIZABETH FIRER
ELIZABETH FIRER
Assistant U.S. Attorney

Dated: August 23, 2007
/s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff,
MARY S. HURST

IT IS SO ORDERED.

Dated:   August 24, 2007
/s/ Dennis L. Beck
HON. DENNIS L. BECK
U.S. Magistrate Judge

STIPULATION AND ORDER

2