IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY S. HURST, | ) | 1:07cv0188 LJO DLB |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| | ) | (Document 17) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      On February 2, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

      On December 27, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file her opening brief.  The parties filed a joint response to the order to show cause on January 16, 2008, explaining that Defendant inadvertently neglected to schedule the response to Plaintiff's confidential letter brief due to an office-wide restructuring.  After receiving the Court's order to show cause, Defendant responded to Plaintiff's letter brief on January 14, 2008.  The parties are now ready for the case to proceed in accordance with the February 2, 2007, scheduling order.

1

Accordingly, the order to show cause issued on December 27, 2007, is DISCHARGED. Plaintiff SHALL file her opening brief within thirty (30) days of Defendant's January 14, 2008, response to her letter brief.

IT IS SO ORDERED.

Dated:   **January 17, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE