1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9
MARY S. HURST,                          )        1:07cv0188 LJO DLB
10                                       )
                                         )
11                                       )        ORDER GRANTING
                                         )        EXTENSION OF TIME
12                                       )
        vs.                              )        (Document 22)
13                                       )
MICHAEL J. ASTRUE, Commissioner,         )
14                                       )
                                         )
15           Defendant.                  )
                                         )
16
        Pursuant to the parties' March 18, 2008, stipulation to extend time, Defendant's opposition to
17
Plaintiff's opening brief is due by April 11, 2008.
18
19
        IT IS SO ORDERED.
20
        Dated:   **March 19, 2008**              **/s/ Dennis L. Beck**
21                                               UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28                                               1