McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY S. HURST, ) | CIVIL NO. 1:07-CV-00188-LJO-DLB |
|     Plaintiff, ) | |
|        v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 3 days to respond to Plaintiff's motion for summary judgment, up to and including April 14, 2008. This request is due to an unexpected increase in the undersigned Special Assistant United States Attorney's work load for the first two weeks of April.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated April 13, 2008,            */s/ Harvey P. Sackett*
                                      Harvey P. Sackett
                                      (as authorized on April 11, 2008)
                                      Attorney at Law

                                      Attorney for Plaintiff

Dated April 13, 2008,            McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                          By:     /s/ *Elizabeth Firer*
                                      Elizabeth Firer
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

    IT IS SO ORDERED.

    **Dated:   April 14, 2008**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE