IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY S. HURST, | ) | 1:07cv188 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 27) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 23, 2008, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her reply brief. The parties' request is GRANTED. Plaintiff's reply brief SHALL be filed on or before May 28, 2008.

IT IS SO ORDERED.

Dated:  **April 28, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1