IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY S. HURST,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 1:07cv0188 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Document 30) |

On February 2, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On June 9, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal be denied. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed objections on July 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated June 9, 2008, is ADOPTED IN FULL; and
2. The appeal is DENIED.  Judgment shall be entered for Defendant Michael J. Astrue and against Plaintiff Mary S. Hurst.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                            /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE