IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY S. HURST, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>     vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br>         Defendant. ) <br> ) | 1:07cv0188 LJO DLB <br><br> ORDER STRIKING <br> ORDER TO SHOW CAUSE <br><br> (Document 34) |

An order to show cause issued in this action on August 11, 2008.  Obviously, as the action has been closed for over a month, the order was issued in error.  The order is therefore STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   August 19, 2008**               **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1